## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TONY ROWE, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **19-67C** |
| THE UNITED STATES OF AMERICA, | ) ) ) ) | Judge Campbell-Smith |
| Defendant. | ) | |

### NOTICE OF JOINDER IN MOTION TO CONSOLIDATE FILED IN CASE NO. 19-CV-00004C

Plaintiffs in the above-captioned action hereby give notice of joinder in the Motion to Consolidate, submitted in *Tarovisky, et al v. USA*, 19-cv-00004C.

//

//
//
//
Dated this 12th day of February 2021.


Respectfully submitted,

LAW OFFICE OF MARSHALL J. RAY, LLC


*/s/ Marshall J. Ray*
Marshall J. Ray
Attorney for Plaintiffs in *Rowe et al. v. United States*
Law Office of Marshall J. Ray, LLC

1

201 12th Street NW
Albuquerque, NM 87102
(505) 312-7598

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of this pleading was served to all interested parties via the CM/ECF system on this 20th day of January, 2021

*/s/ electronically filed*
Marshall J. Ray

2